503 A.2d 1

**Stephen POYSER, Petitioner,**

v.

**NEWMAN & CO., INC.**

Supreme Court of Pennsylvania.

Dec. 27, 1985.

Petition for Allowance of Appeal GRANTED, No. 166 E.D. Appeal Docket 1985.